

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2020

No. 04-20-00585-CV

**IN THE INTEREST OF A.A.G.; J.A.G, III; J.A.G.; S.A.G.; AND J.G.; CHILDREN**,

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 19-03-37147-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

On November 25, 2020, appellant filed her notice of appeal. On December 9, 2020, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, stating appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record.

We therefore ORDER appellant to provide written proof to this court **no later than December 21, 2020** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, this court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* Tex. R. App. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court